**FILED: 9/26/12**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Ralph Dudley, Jr.*, | CASE NO. CV 12-7103-GHK (PJWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *CitiMortgage, Inc.*, | |
| Defendant. | |

Pursuant to the Court's September 25, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Ralph Dudley, Jr.'s ("Plaintiff") claims against Defendant CitiMortgage, Inc. are **DISMISSED with prejudice.** Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: September 26, 2012

_____
GEORGE H. KING
Chief United States District Judge