FILED: 9/26/12

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

*Ralph Dudley, Jr.*,

        **Plaintiff**,

        v.

*CitiMortgage, Inc.*,

        **Defendant.**

CASE NO. CV 12-7103-GHK (PJWx)

JUDGMENT

    Pursuant to the Court's September 25, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Ralph Dudley, Jr.'s ("Plaintiff") claims against Defendant CitiMortgage, Inc. are **DISMISSED with prejudice.** Plaintiff shall take nothing by this Complaint.

    **IT IS SO ORDERED**.

    DATED: September 26, 2012

_____
GEORGE H. KING
Chief United States District Judge